| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )    C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Attorney General<br>950 Pennsylvania<br>Avenue, N.W.<br>Washington, D.C<br>20530 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>   ☑ Certified Mail    ☐ Express Mail<br>   ☐ Registered       ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)* | 7004 1160 0004 2952 4562 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540