UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MERINDA ELLIS EVANS,**<br><br>   **PLAINTIFF,**<br><br>v.<br><br>**ALBERT GONZALES,**<br><br>**ATTORNEY GENERAL**<br><br>   **DEFENDANT.**<br>_____ | Civil No.:  05-1063 (GK) |

### PLAINTIFF'S RESPONSE TO SHOW CAUSE

**NOW COMES** Plaintiff, Merinda Ellis Evans, through undersigned counsel, and hereby responds to this Court's Order issued October 5, 2005 requiring Plaintiff to show cause pursuant to Federal Rules of Civil Procedure 4 (m).  In support of this response, and for good cause, Plaintiff states herein as follows:

1. Plaintiff filed her civil complaint in the above-captioned matter on May 26, 2005;

2. Plaintiff served Defendant with summons and complaint on June 27, 2005 (see affidavit 1)[1];

3. Plaintiff's counsel was medically incapacitated during most of the summer and inadvertently did not serve the U.S. Attorney's Office with summons and complaint, pursuant to FRCP;

4. Plaintiff recently filed a summons with the Clerk of the Court in order to execute service upon the U.S. Attorney's Office;

5. Plaintiff asks this Court not to dismiss her complaint for her counsel's inability to execute service of process, particularly due to his medically incapacity;

6. Plaintiff will expedite service of process upon the U.S. Attorney's Office immediately upon receipt of the summons and complaint from the Clerk of the Court;

---

[1] Defendant has not filed his answer to Plaintiff's complaint.

7.  Plaintiff apologizes for any delay or inconvenience to the Court.

Respectfully submitted on behalf of Plaintiff:

October 20, 2005

_____/s/_____

Nathaniel D. Johnson
3195 Old Washington Road
Waldorf, MD 20602
(301) 645-9103
(301) 893-6890 (fax)
