```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **MERINDA ELLIS EVANS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action |
| : | No. 05-1063 (GK) |
| **ALBERTO GONZALES,** : | |
|  Attorney General : | |
| : | |
|  **Defendant.** : | |

## O R D E R

By Order dated October 5, 2005, [**#2**], Plaintiff was ordered show cause why the Complaint should not be dismissed for failure to prosecute. On October 20, 2005, Plaintiff filed her Response to this Court's Order.

Upon consideration of Plaintiff's Response, it is hereby

  **ORDERED** that the Show Cause Order [**#2**] is **discharged**, on the condition that Plaintiff complete service of process by **November 25, 2005.**

                                    /s/
                                    Gladys Kessler
                                    U.S. District Judge

October 21, 2005

**Copies to:**  attorneys of record via ECF