| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addre<br>B. Received by (Printed Name)   C. Date of De<br>OCT 3 1 2005 |
| 1. Article Addressed to:<br><br>US Attorney's<br>Ofc<br>555 Fourth St N.W<br>Washington, D.C<br>Civil Process Clerk | D. Is delivery address different from item 1? ☐ Ye<br>If YES, enter delivery address below: ☐ Nc<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) |
| 2. Article Number<br>(Transfer from service label) | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540