UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MERINDA ELLIS EVANS** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1063 (GK) |
| **ALBERTO GONZALES** | ) |
| Defendant. | ) |

**NOTICE OF ATTORNEY APPEARANCE**

The Clerk of the Court will please enter the appearance of Kathleen Konopka, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____
KATHLEEN KONOPKA
Assistant United States Attorney
501 3rd St., N.W.
Washington, DC  20530
202-616-5309