UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MERINDA EVANS,**

    **Plaintiff,**

**v.**

**ALBERTO GONZALEZ, Attorney General,**

    **Defendant.**

Civil Action No.: 1:05-cv-01063-GK

## NOTICE OF ENTRY OF APPEARANCE

Please enter my appearance on behalf of the Plaintiff in the above-captioned matter.

November 29, 2005    Respectfully submitted on behalf of Plaintiff,

/s/
Richard L. Thompson, II  (Federal # 448816 DC)
3195 Old Washington Road
Waldorf, Maryland  20602
(202) 415-7549
(240) 363-0747 fax

## CERTIFICATE OF SERVICE

I, the undersigned, affirm, under penalty of perjury, that on this date, November 29, 2005, the foregoing Notice of Entry of Appearance was sent, via the Court's ECF system, to the following:

Kathleen M. Konopka, Esq.
United States Attorney's Office
501 3rd Street, NW
Washington, DC 20530

Respectfully submitted on behalf of Plaintiff,

_____/s/_____
Richard L. Thompson, II  (Federal # 448816 DC)
3195 Old Washington Road
Waldorf, Maryland  20602
 (202) 415-7549
 (240) 363-0747 fax