IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MERINDA EVANS,**<br><br>    **Plaintiff**,<br><br>vs.<br><br>**ALBERTO GONZALEZ, ATTORNEY GENERAL**<br>**U.S. DEPARTMENT OF JUSTICE**<br><br>    **Defendant.** | **Civil No.: 1:05CV1063**<br>**(GK)** |

## PRAECIPE

**NOW COMES** undersigned counsel, and enters his appearance as Plaintiff's representative in the above-captioned matter.

                                          /s/
Nathaniel D. Johnson (MD Bar# 14729)
Law Firm of Nathaniel D. Johnson
3195 Old Washington Road
Waldorf, Maryland 20602
301 645-9103


Dated:  January 12,  2006

## **CERTIFICATE OF SERVICE**

     I, Nathaniel D. Johnson, affirm under the penalty of perjury that on this date, January 12, 2006, a copy of the foregoing Praecipe was sent, via ECF, to the following addressee:

Kathleen Konopka, Esq.
Attorney for Defendant

                                                                      _____/s/_____
                                                                     Nathaniel D. Johnson