IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MERINDA EVANS** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )     **CIVIL No: 05-1063** |
| | )     **(GK)** |
| **ALBERTO GONZALEZ, ATTORNEY GENERAL** | ) |
| | ) |
|     **Defendant.** | ) |

## PRAECIPE

The Clerk will enter the appearance of Nathaniel D. Johnson, as Plaintiff's counsel in the above-captioned matter.

                                                          _____/s/_____
                                               Nathaniel D. Johnson (MD#15980)
                                               3195 Old Washington Road
                                               Waldorf, Maryland 20602
                                               301 645-9103

                                               Dated: March 1, 2006

**CERTIFICATE OF SERVICE**

I, Nathaniel D. Johnson, certify that the foregoing Praecipe was forwarded, via ECF, to the defendant, this date, March 1, 2006.

/s/
Nathaniel D. Johnson