UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MERINDA EVANS**

    **PLAINTIFF,**

v.

**ALBERTO GONZALEZ,
ATTORNEY GENERAL**

    **DEFENDANT.**

Civil No.: 05-1063

## JOINT MOTION TO CONTINUE STATUS HEARING

**NOW COMES** Parties, Merinda Evans, Plaintiff, and Alberto Gonzalez, Defendant, by their undersigned attorneys, and move for a continuance of the status hearing currently scheduled April 18, 2006 in the above-captioned matter. In support of this motion, parties state herein as follows:

1. On March 1st, parties participated in mediation, but were unable to achieve a resolution of the civil action;
2. The Court currently has imposed a stay in this litigation and parties have not began discovery;
3. Parties will file a consent with this Court to lift the stay in order to begin discovery;
4. Parties believe that it is unnecessary at this time to hold a status hearing since there has not been much activity;
5. For the foregoing reasons, Plaintiff asks this Court to grant the requested remedy.

April 17, 2006                                    Respectfully submitted on Parties' behalf:

                                    /s/
                       Nathaniel D. Johnson  (Federal #14729 MD)
                       3195 Old Washington Road
                       Waldorf, MD 20601
                       (301) 645-9103
                       (301) 893-6890 (fax)

                       For the Plaintiff


                       (With authorization)

                       Kathleen Konopka, Assistant U.S. Attorney
                       555 Fourth Street, N.W.
                       Washington, DC 20530
                       (202) 616-5309
                       (202) 514-8781 (fax)

                       For the Defendant