UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MERINDA EVANS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **ALBERTO GONZALES,** ) | Civil Action No. 05-1063 (GK) |
| **United States Attorney General,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**CONSENT MOTION TO LIFT STAY ON DISCOVERY**

Defendant, United States Attorney General Alberto Gonzales, with the consent of Plaintiff, by and through their respective counsel, hereby move the Court to lift the stay on discovery imposed at the status hearing regarding the above-captioned case on January 27, 2006. In support of this motion, Defendant states as follows:

On January 27, 2006, this Court stayed discovery in the case at bar pending mediation. On March 1, 2006, the parties participated in a mediation session; however, no settlement was reached. The parties agree that discovery should proceed at this juncture, subject to the protective order being submitted to the Court for its approval contemporaneously with this motion, and respectfully request that this Court lift the stay and issue a scheduling order in accordance with the parties Joint Rule 16.3(c) Report.

       Respectfully submitted,


_____/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____/s/_____
RUDOLPH C. CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/_____
KATHLEEN KONOPKA, D.C. BAR # 495257
Assistant United States Attorney
555 4th St., N.W., Civil Division
Washington, D.C.  20530
202/616-5309