```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| **MERINDA EVANS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1063 (GK) |
| ) | |
| **ALBERTO GONZALES,** ) | |
| United States Attorney ) | |
| General, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On April 25, 2006, this Court entered a minute order lifting the stay on discovery in this case. It has come to the Court's attention that a scheduling order has not been entered in this matter. Accordingly, it is hereby

**ORDERED** that an initial scheduling conference shall be held on **July 2, 2007** at **11:00 a.m.** The parties are directed to submit a joint meet and confer statement pursuant to Local Civil Rule 16.3 by **June 25, 2007.**


June 13, 2007                                /s/_____
                                             Gladys Kessler
                                             United States District Judge


**Copies to: Attorneys of record via ECF**