UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MERINDA ELLIS EVANS,   Plaintiff,   v.   ALBERTO GONZALES,   Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-1063(GK) |

## SUBSTITUTION OF COUNSEL

Defendant respectfully requests that the Clerk of the Court enter the appearance of Judith A. Kidwell, Assistant United States Attorney, as counsel of record for the defendant in the above-captioned case and withdraw the appearance of Kathleen Konopka, Assistant United States Attorney.

Respectfully submitted,


JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR #498610

_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250