UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MERINDA ELLIS EVANS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 05-1063 (GK) |
| | ) | |
| **ALBERTO R. GONZALES,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CONSENT MOTION TO CHANGE
DATE OF STATUS HEARING**

Defendant, Alberto R. Gonzales, Attorney General of the United States, through his undersigned attorneys, hereby respectfully requests to change the date of the status hearing in this case now scheduled for July 2, 2007, at 11:00 a.m.

There is good cause for this motion. This case was reassigned in November 2006, to the undersigned Assistant United States Attorney, Judith A. Kidwell. Although Ms. Kidwell has been engaging in discovery discussions with Plaintiff's counsel, she was not aware of the status hearing scheduled by the Court for July 2, 2007, at 11:00 a.m., and Ms. Kidwell is scheduled to be in Baltimore, Maryland on that date. Plaintiff's counsel consents to this motion.

Accordingly, Defendant is requesting that the status hearing in this case be changed to July 17, 19, or 20, 2007, or a date thereafter convenient to the parties and the Court.

For the foregoing reasons, Defendant respectfully requests that this motion for a change in the status hearing date be granted.  A proposed order is included with this motion.

                Respectfully submitted,

                /s/
                JEFFREY A. TAYLOR, D.C. BAR # 498610
                United States Attorney

                /s/
                RUDOLPH CONTRERAS, D.C. BAR # 434122
                Assistant United States Attorney

                /s/
                JUDITH A. KIDWELL
                Assistant United States Attorney
                555 Fourth Street, N.W.- Civil Division
                Room E4905
                Washington, D.C. 20530
                (202) 514-7250

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **MERINDA ELLIS EVANS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-1063 (GK) |
| ) | |
| **ALBERTO R. GONZALES,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

UPON CONSIDERATION OF Defendant's Consent Motion to Change Date of Status Hearing, and the entire record herein, it is this _____ day of June, 2007,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that the status hearing in this case shall be rescheduled until July _____, 2007 at _____.

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE