UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MERINDA ELLIS EVANS,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1063(GK) |
| **ALBERTO GONZALES,** | ) ) ) | |
| Defendant. | ) ) | |

## SUBSTITUTION OF COUNSEL

Defendant respectfully requests that the Clerk of the Court enter the appearance of Marian L. Borum, Assistant United States Attorney, as counsel of record for the defendant in the above-captioned case and withdraw the appearance of Judith Kidwell, Assistant United States Attorney.

Respectfully submitted,


JEFFREY A. TAYLOR, D.C. Bar No. 498610
UNITED STATES ATTORNEY


 /s/
MARIAN L. BORUM, D.C. Bar No. 435409
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-6531