UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MERINDA ELLIS EVANS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1063 (GK) |
| ) | |
| **ALBERTO GONZALES, Attorney General,** ) | |
| **United States Department of Justice,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**JOINT MOTION TO CONTINUE DISCOVERY PERIOD**

Now come the parties and hereby request an Order continuing the scheduled closing of discovery, and for good cause state as follows:

On July 18, 2007, this Court issued a Scheduling Order which called for discovery in this matter to close on October 30, 2007. See Docket Entry No. 22. Plaintiff scheduled depositions of her witnesses on August 24, 2007. However, during the week of August 20, 2007, the Assistant United States Attorney assigned to the case learned that she was ill, went on medical leave, and had to withdraw from the litigation. Therefore, the depositions were cancelled. Unaware of when she would be able to return to the office, the case was reassigned to the undersigned Assistant United States Attorney.

In light of the unanticipated events, the parties jointly request that the Court continue discovery to allow new counsel to review the voluminous documents related to the case and to allow the parties sufficient time to conduct additional discovery.

Accordingly, in order to avoid prejudice to the parties, undersigned counsel request that the discovery period be continued until January 31, 2008.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| NATHANIEL D. JOHNSON | JEFFREY A. TAYLOR |
| MD Federal 14729 | D.C. Bar #498610 |
| 3475 Leonardtown Road, Suite 200 | United States Attorney |
| Waldorf, Maryland  20602 | |
| (301) 645-9103 | |
| Attorney for Plaintiff | /s/ |
| | RUDOLPH CONTRERAS |
| | D.C. Bar #434122 |
| | Assistant United States Attorney |
| | |
| | /s/ |
| | MARIAN L. BORUM |
| | D.C. Bar #435409 |
| | Assistant United States Attorney |
| | 555 Fourth Street, N.W. - Civil Division |
| | Washington, D.C.  20530 |
| | (202) 514-6531 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERINDA ELLIS EVANS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, Attorney General, )<br>United States Department of Justice, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1063 (GK) |

**ORDER**

Upon consideration of the Joint Motion to Continue Discovery, and it appearing to the Court that the granting of defendants' motion would be just and proper, it is by the Court this ___ day of _____, 2007

ORDERED that the parties Motion to Continue Discovery until January 31, 2008 be, and it hereby is, granted.

UNITED STATES DISTRICT COURT

Copies to:
Marian L. Borum
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530

Nathaniel D. Johnson
3475 Leonardtown Road, Suite 200
Waldorf, Maryland  20602