UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MERINDA ELLIS EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-1063 (GK) |
| v. ) | |
| ) | |
| MICHAEL B. MUKASEY, ) | |
| ATTORNEY GENERAL, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S CONSENT MOTION FOR AMENDED SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b) and LcvR 16.4, Defendant respectfully moves the Court to amend the Scheduling Order entered in this case on July 17, 2007 (Document 22), and amended by Minute Order, dated September 20, 2007, which extended the original discovery period until January 31, 2008. This amendment is necessary to adjust the remaining dates in the original scheduling original and to enlarge the discovery period an additional 60 days to, and including, March 31, 2008. Defendant, through undersigned counsel, discussed this request with Plaintiff's counsel, as required by LcvR 7(m), and Plaintiff consents to the proposed amendment.

Defendant requests an amendment to the scheduling order for several reasons. On November 28, 2007, undersigned counsel entered an appearance as new counsel (Document 25), and has since discussed outstanding discovery and scheduling matters with Plaintiff's counsel. On December 13, 2007, Plaintiff served a second set of interrogatories and a set of 110 requests for admission. Defendant, through counsel, advised Plaintiff's counsel, that the FBI counsel who has been assigned to this matter for almost two years will be leaving on January 4, 2008, and will be replaced by new agency counsel, who will need to familiarize himself with the voluminous case files. Current FBI

counsel has begun to review the discovery requests, but has a limited amount of time remaining with the agency. Defendant therefore requires an enlargement of time, to, and including, January 31, 2008 to respond to the pending discovery requests. Additionally, the parties have discussed scheduling a number of depositions after Defendant responds to the discovery requests. Given the upcoming holiday season, the departure of agency counsel, and the voluminous case files, Defendant requests a 60-day enlargement of the discovery period to, and including, March 31, 2008. The attached proposed amended scheduling order reflects the amended dates set forth herein, and adjusts other scheduling dates affected by this amendment.

    Respectfully submitted,

    /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

    /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

    /s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov