# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MERINDA ELLIS EVANS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 05-1063 (GK)** |
| **v.** | ) | |
| | ) | |
| **MICHAEL B. MUKASEY,** | ) | |
| **ATTORNEY GENERAL,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## AMENDED SCHEDULING ORDER

Upon Consideration of Defendant's Consent Motion for Amended Scheduling Order, the entire record herein, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court's Scheduling Order entered on July 17, 2007, is further amended, as follows:

1. Discovery shall be concluded by March 31, 2008.

2. Defendant shall reply to Plaintiff's second set of interrogatories and first set of admissions by January 31, 2008, unless this deadline is further extended by order of the Court or stipulation of the parties.

3. Dispositive motions shall be filed by May 30, 2008, oppositions by June 30, 2008, and replies by July 21, 2008.

4.  A pretrial conference will be set by further order of the Court 30 days after the Court rules on the dispositive motions.

It is **SO ORDERED** this _____ day of December, 2007.


_____
Gladys Kessler
United States District Judge


Copies to:

Counsel of record by ECF