UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MERINDA ELLIS EVANS,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **MICHAEL B. MUKASEY,** : <br> **Attorney General,** : <br> : <br> **Defendant.** : | Civil Action No. 05-1063 (GK) |

### AMENDED SCHEDULING ORDER

Upon consideration of Defendant's Consent Motion for Amended Scheduling Order, the entire record herein, and for good cause shown, it is hereby

**ORDERED**, that the Motion is **granted**; and it is further

**ORDERED**, that the Court's Scheduling Order entered on July 17, 2007, is further amended, as follows:

1. Discovery shall be concluded by March 31, 2008.

2. Defendant shall reply to Plaintiff's second set of interrogatories and first set of admissions by January 31, 2008, unless this deadline is further extended by order of the Court or stipulation of the parties.

3. Dispositive motions shall be filed by May 30, 2008, oppositions by June 30, 2008, and replies by July 21, 2008.

4. A pretrial conference shall be held on **August 20, 2008 at 4:15 p.m.**

December 20, 2007         /s/
                          Gladys Kessler
                          United States District Judge