UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MERINDA ELLIS EVANS,            ) | |
| )  | |
| Plaintiff,            ) | |
| )  | Civil Action No. 05-1063 (GK) |
| v.            ) | |
| )  | |
| MICHAEL B. MUKASEY,            ) | |
| ATTORNEY GENERAL,            ) | |
| )  | |
| Defendant.            ) | |

**DEFENDANT'S CONSENT MOTION FOR AMENDED SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16(b) and LCvR 16.4, Defendant Federal Bureau of Investigation ("FBI") respectfully moves the Court to amend the Scheduling Order entered in this case on July 17, 2007 (Document 22), and amended by Orders dated September 20, 2007 and December 20, 2007. This amendment is necessary because Defendant requires additional time to respond to Plaintiff's requests for production of documents and request for admissions. The attached proposed Order adjusts the remaining discovery deadlines by ordering that Defendant's response to the outstanding discovery requests is due by Monday, March 3, 2008, and the discovery deadline is April 30, 2008. Defendant, through undersigned counsel, discussed this request with Plaintiff's counsel, as required by LCvR 7(m), and Plaintiff consents to the proposed amendment.

Defendant requests an amendment to the scheduling order for several reasons. On December 13, 2007, Plaintiff served a set of requests for production of documents and a set of 110 requests for admission. The agency attorney who had been handling the case for close to two years left the FBI, Office of General Counsel, Employment Law Unit II, in early January 2008, and had very limited time to work on this case, given scheduled leave prior to his departure. The newly-assigned agency

counsel, one of 6 (out of a previous total of 8) attorneys in her unit, has been diligently working to contact witnesses with information necessary to respond to the discovery requests and requests for admission. However, counsel requires an additional 30 days to respond to the outstanding discovery requests.

The requested extension of the discovery cutoff is appropriate given the requested extension of Defendant's deadline to respond to the outstanding discovery requests. The extension of the deadline until April 30, 2008, will also allow the parties sufficient time to schedule the depositions requested by Plaintiff's counsel in this case, consistent with the schedules of the parties and counsel.

WHEREFORE, Defendant requests an enlargement of time of 30 days to respond to outstanding discovery requests, and a similar extension of the discovery cutoff.

Respectfully submitted,

   /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

   /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

   /s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov