# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MERINDA ELLIS EVANS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No. 05-1063 (GK)** |
| **v.** ) | |
| ) | |
| **MICHAEL B. MUKASEY,** ) | |
| **ATTORNEY GENERAL,** ) | |
| ) | |
| **Defendant.** ) | |

## AMENDED SCHEDULING ORDER

Upon Consideration of Defendant's Consent Motion for Amended Scheduling Order, the entire record herein, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court's Scheduling Order entered on July 17, 2007, as amended by Orders dated September 20, 2007 and December 20, 2007, is further amended, as follows:

1. Discovery shall be concluded by April 30, 2008.

2. Defendant shall reply to Plaintiff's request for production of documents and first set of admissions by March 3, 2008.

3. Dispositive motions shall be filed by June 30, 2008, oppositions by July 30, 2008, and replies by August 20, 2008.

4.  A pretrial conference is set for _____ at 4:15 p.m.


It is **SO ORDERED** this _____ day of February, 2008.




_____
Gladys Kessler
United States District Judge


Copies to:

Counsel of record by ECF