UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MERINDA ELLIS EVANS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 05-1063 (GK) |
| : | |
| **MICHAEL B. MUKASEY,** : | |
| Attorney General, : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of Defendant's Consent Motion for Amended Scheduling Order, the entire record herein, and for good cause shown, it is hereby

**ORDERED** that the Motion is **granted**; and it is further

**ORDERED** that the Court's Scheduling Order entered on July 7, 2007, as amended by Orders dated September 20, 2007 and December 20, 2007, is further amended as follows:

1. Discovery shall be concluded by **April 30, 2008.**

2. Defendant shall reply to Plaintiff's request for production of documents and first set of admissions by **March 3, 2008.**

3. Dispositive motions shall be filed by **June 30, 2008**, oppositions by **July 30, 2008**, and replies by **August 20, 2008**.

4. A pretrial conference is set for **September 18, 2008 at 4:15 p.m.**

/s/
Gladys Kessler
United States District Judge