March 20, 2008

<u>*Via: Electronic & First Class Mail*</u>

John G. Interrante, AUSA
U.S. Attorney's Office
555 4th Street, NW
Washington, DC 20530
Civil Division

**RE: <u>Evans v. Mukasey, Meet and Confer</u>**

Dear Counsel:

      This letter memorializes our telephone discussion today regarding defendant's responses to plaintiff's discovery propounded in the above-captioned matter. Parties have stipulated that defendant will supplement his discovery responses that will include as follows:

1. All of the personnel and performance records of Robert Keller up to 2005;
2. Supplementation of Request for Admissions since counsel has obtained Robert Keller's deposition testimony;
3. Continue depositions of Phil Williams and Barbara Snyder from April 1st, until the time that the discovery is supplemented.

      Lastly, counsel agreed to the aforementioned measures in order to avoid the likelihood of having to file a motion to compel.  In the event your recollection of our discussion today differs from the representations contained in this letter, please inform me of the inconsistency immediately.

      Thank you for your attention to this matter.

Respectfully submitted,

Nathaniel D. Johnson

cc:  Mrs. Evans

*"We Will Fight for Your Legal Rights!"*
E-Mail Address: nathanielesquire@aol.com