IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MERINDA EVANS**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**MICHAEL MUKASEY**<br><br>    **Defendant.** | CIVIL No: 05-1063   (GK) |

## ORDER

**WHEREFORE,** Plaintiff has moved this Court for an Order compelling Defendant to supplement his discovery responses as follows:

1.     supplement the personnel and performance records of Robert Keller up to 2005;

2.     supplement his responses to Plaintiff's Requests for Admissions based upon the obtain deposition transcript of Robert Keller; and,

3.     award Plaintiff sanctions and costs against Defendant for having to bring this motion.

It is hereby ORDERED as follows:

Plaintiff's motion is hereby GRANTED, this _____day of April 2008;

Plaintiff's motion is hereby DENIED, this ____day of April 2008;

**SO SHALL IT BE ORDERED.**

                                                                                            Judge Gladys Kessler