## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MERINDA EVANS**<br><br>　　**PLAINTIFF,**<br><br>v.<br><br>**MICHAEL MUKASEY**<br><br>　　**DEFENDANT.** | **Civil Action No.:  05-1063 (GK)** |

## CONSENT MOTION FOR AN ENLARGEMENT OF TIME

　　Pursuant to Fed. R. Civ. P. 6(b) (1), Plaintiff, Merinda Evans, respectfully moves this Court for a three month enlargement of time to the current discovery schedule, which expires April 30th. The Defendant's attorney of record has consented to the relief requested herein.

　　Plaintiff filed her motion to compel discovery on April 8, 2008 (See Docket No. 30). Plaintiff believes that she is unable to complete discovery until her motion is address by this Court; specifically, the personnel and performance records which are relevant to Plaintiff's case in chief. Plaintiff cannot proceed to depositions before the requested documents are produced by Defendant.  Also, both undersigned and opposing counsel have other case representations that warranted the requested relief to avoid any conflicts with the propose discovery schedule.

　　Accordingly, Plaintiff respectfully requests a three month enlargement of time to the current discovery schedule which will allow this Court to rule on the pending motion to compel. This motion is not intended to cause delay or for any dilatory purpose. Defendant's counsel consents to this motion.

April 29, 2008                                         Respectfully submitted,


                                                                                                     /s/
                                          Nathaniel D. Johnson
                                          Richard L. Thompson
                                          Counsel for Plaintiff
                                          201 Centennial Street, Suite A-2
                                          LaPlata, Maryland 20646
                                          (301) 645-9103


## Certificate of Service

I, Nathaniel D. Johnson, certify that on this date, April 29, 2008, the foregoing consent for enlargement was forwarded via ECF to the following:

John Interrante, Attorney for Defendant


                                                                                     **/s/**
                                                            Nathaniel D. Johnson