**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**MERINDA EVANS**

      **PLAINTIFF,**

**v.**

**MICHAEL MUKASEY**

      **DEFENDANT.**

**Civil Action No.:  05-1063 (GK)**

## <u>ORDER</u>

**WHEREFORE**, Plaintiff has moved for a three month enlargement of time to the current

discovery schedule, it is hereby ORDERED as follows:

Plaintiff's motion is hereby GRANTED, this _____day of April  2008;

Plaintiff's motion is hereby DENIED, this _____day of April 2008.

**SO SHALL IT BE ORDERED.**

Hon. Gladys Kessler, U.S. District Judge