UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERINDA ELLIS EVANS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-1063 (GK) |
| v. | ) ECF |
| | ) |
| MICHAEL MUKASEY, | ) |
| ATTORNEY GENERAL | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Megan M. Weis as counsel for defendant in the above-captioned case.

```
        ___/s/_____
        MEGAN M. WEIS
        Special Assistant United States Attorney
        Civil Division
        555 4th St., NW
        Washington, D.C. 20530
        (202) 514-5134
        (202) 514-8780 (fax)
        Megan.weis@usdoj.gov
```