**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MERINDA EVANS,** | * |
| Plaintiff, | * |
| v. | *   Case No. -05-CV-1063 |
| **MICHAEL MUKASEY** | * |
| Defendant. | * |

\*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

**NOW COMES** Plaintiff, Merinda Evans, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, submits this Memorandum in support of her Motion to Amend her Complaint, and says as follows:

**I.  STATEMENT OF THE CASE**

The Plaintiff, Merinda Ellis Evans, an African-American female, was employed as a Video Communications Specialist with the Federal Bureau of Investigations (hereinafter "FBI") in the Forensic Audio/Video and Image Analysis Unit (hereinafter "FAVIAU"). Plaintiff was terminated after engaging in protected activity from her employment with the FBI. Plaintiff has filed claims to include Title VII.

1

However, Plaintiff would now like to amend her complaint to include Phil Williams as a comparator to her gender and race discrimination claims in Count I of her Amended Civil Complaint. Accordingly, Plaintiff now seeks leave of this Court for an amendment that prevents prejudice to her case in chief. Moreover, because the parties are in discovery and Phil Williams is currently scheduled to be deposed this week, Defendant will not be prejudiced in the event this Court grants Plaintiff's motion. Defendant opposes this motion.

## II.  LEGAL STANDARD

Rule 15(a) of the Federal Rules of Civil Procedure provides that when a party seeks leave to amend a complaint "leave shall be freely given when justice so requires." *Fed. R. Civ. Pro. 15(a)*.

## CONCLUSION

For the reasons aforementioned, Plaintiff's Motion for Leave to File an Amended Complaint should be Granted.

Respectfully submitted on behalf of Plaintiff,

_____/s/_____
Nathaniel D. Johnson (MD Bar #14729)
Richard L. Thompson, II (MD Bar #15980)

## Certificate of Service

  I, Nathaniel D. Johnson, affirm under the penalty of perjury that on this date, July 21, 2008, the foregoing Motion for Leave to Amend and the Amended Complaint were sent, via ECF, to the following addressees:

Megan Weis, Esq.
Attorney for Defendant                    /s/
                              Nathaniel D. Johnson