IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MERINDA EVANS**<br><br>    Plaintiff,<br><br>vs.<br><br>**MICHAEL MUKASEY**<br><br>    Defendant.<br>_____ | CIVIL No: 05-1063    (GK) |

## ORDER

WHEREFORE, Plaintiff has moved this Court for leave to amend her complaint, it is hereby

ORDERED as follows:

Plaintiff's motion is hereby GRANTED, this_____day of July, 2008;

Plaintiff's motion is hereby DENIED, this_____day of July, 2008.

SO SHALL IT BE ORDERED.

                                                                        Honorable Gladys Kessler

1