UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERINDA ELLIS EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-1063 (GK) |
| v. ) | ECF |
| ) | |
| MICHAEL MUKASEY, ) | |
| ATTORNEY GENERAL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Under consideration of plaintiffs' motion to amend their complaint, the responding oppositions to that motion, and of the entire record, it is hereby

**ORDERED** that Plaintiff's motion is denied.

_____                              _____
Date                                              Hon. Gladys Kessler
                                                  United States District Judge