UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERINDA EVANS, | * |
|    Plaintiff, | * |
| v. | *   Case No. -05-CV-1063 |
| MICHAEL MUKASEY | * |
|    Defendant. | * |

\* \* \* \* \* \* \*

## PLAINTIFF'S ERATTA REPLY MOTION FOR LEAVE TO AMEND COMPLAINT

**NOW COMES** Plaintiff, Merinda Evans, and files this Eratta Reply to Defendant's Opposition to Motion for Leave to Amend to add Phil Williams as a comparator in her Title VII action. This Eratta is necessary after Plaintiff was presented with Phil Williams' deposition excerpts that are included as exhibits after she filed her Reply on August 12th in this action. (See Docket No. 36).

Respectfully submitted on behalf of Plaintiff,

_____/s/_____
Nathaniel D. Johnson (MD Bar #14729)
Richard L. Thompson, II (MD Bar #15980)