```
                                                            1


 1  MERINDA ELLIS EVANS,    *  IN THE

 2          Plaintiff,      *  UNITED STATES

 3  vs.                     *  DISTRICT COURT

 4  MICHAEL MUKASEY,        *  FOR THE

 5  ATTORNEY GENERAL,       *  DISTRICT OF COLUMBIA

 6          Defendant.      *  CIVIL ACTION NUMBER:

 7                          *  05-1063 (GK) ECF

 8             *     *      *     *      *

 9  DEPOSITION OF:

10              PHILIP WILLIAMS,

11  was taken on Thursday, July 24, 2008, commencing

12  at 1:05 p.m., at the United States Attorney's

13  Office, 501 Third Street, N.W., Washington, D.C.,

14  before Okeemah Henderson, Notary Public.

15             *     *      *     *      *

16

17         COURT REPORTERS, ETCetera, INC.

18      Maryland                 Washington

19     (410) 653-1115          (202) 628-DEPO

20   "We'll cover your job ANYWHERE in the country!"

21              1-800-947-DEPO
```

```
                                                             2


 1   APPEARANCES:

 2

 3   On behalf of the PLAINTIFF:

 4       MEGAN M. WEIS, ESQ.
         U.S. ATTORNEY, CIVIL DIVISION
 5       555 4th Street, N.W.
         Washington, D.C.  20530
 6       (202) 514-5134
         E-mail:  Megan.weis@usdoj.gov
 7

 8
     On behalf of the DEFENDANT:
 9
         NATHANIEL D. JOHNSON, ESQ.
10       LAW OFFICE OF NATHANIEL D. JOHNSON, LLC
         201 Centennial Street
11       Suite A-2
         P.O. Box 1857
12       LaPlata, Maryland  20646
         (301) 645-9103
13       E-mail:  Nathanielesquire@aol.com

14

15
     ALSO PRESENT:  Angela Kreitzer-McClay, Esq.
16
                    Gabriel Allen
17
                    Merinda Evans
18

19

20

21


             COURT REPORTERS, ETCetera, INC.
    (202) 628-DEPO   (410) 653-1115   1-800-947-DEPO (3376)
       "We'll cover your job ANYWHERE in the country!"
```

```
                                                                    3


     1                            I-N-D-E-X

     2                   Deposition of Philip Williams

     3                          July 24, 2008

     4

     5    EXAMINATION BY:                                   PAGE:

     6    Mr. Johnson                                          4

     7    Ms. Weis                                            70

     8    Mr. Johnson                                         73

     9

    10

    11                     (NO EXHIBITS MARKED.)

    12

    13

    14

    15

    16

    17

    18

    19

    20

    21

                    COURT REPORTERS, ETCetera, INC.
           (202) 628-DEPO   (410) 653-1115   1-800-947-DEPO (3376)
              "We'll cover your job ANYWHERE in the country!"
```