70

```
 1   material into his own handwriting, put that into
 2   the file, and because I wasn't an examiner, he
 3   felt that was appropriate.
 4            MR. JOHNSON:  That's it.  We're done.
 5   Thank you so much.
 6            MS. WEIS:  I just have one question on
 7   Cross.
 8                      EXAMINATION
 9            BY MS. WEIS:
10       Q.   Your manager in the training unit, Ms.
11   Holmeyer, did she ever express any concerns to
12   you that she had in regards to TDYing Ms. Evans
13   into your unit?
14       A.   Her -- yes.  She was aware that her
15   situation was similar to mine in that she was
16   under some pressure from the unit management at
17   the time that this was going on that I was trying
18   to TDY her in.
19            However, her expression to me was is
20   that, based on her knowledge of my situation, she
21   was prepared to give Merinda the benefit of the
```

71

1  doubt.  And I will say so much so that if you go
2  to my unit space today, I was told by her to go
3  ahead and gear up her, "her" meaning Ms.
4  Holmeyer.  Go ahead and gear up to have more than
5  one editor in the unit doing video work.
6         So today, in that unit space, there is
7  a full-blown, professional-level AVID 8000
8  editing platform which is a big, expensive
9  100,000-dollar piece of equipment.  There is a
10 field portable sort of AVID Adrenaline system,
11 which is a fairly high end, it was one of the
12 very first that was put in a portable cabinet but
13 it is as capable as that professional equipment
14 that's a whole separate editing suite.
15        There were two Macintosh G5 computers
16 that were brought in specifically to do DVD
17 authoring and editing.  So, in other words, my
18 shop is set up complete for two editors to be
19 working at the same time.  And you could even
20 have a third person doing DVD authoring at the
21 same time.  There's enough equipment that you

72

1   could task different people doing different

2   things.  So, really, you could almost have four

3   people.

4         We were geared up for equipment to do

5   that and it was based on what we were doing to

6   try to TDY in some people and handle this big

7   video production stuff that we were going to do.

8      Q.   So you said that Ms. Holmeyer was

9   aware of Ms. Evans' performance evaluation and

10  still expressed no concern to you in regards to

11  TDYing her in terms of her work?

12      A.   Not that I recall.  I mean, we were

13  going through the paperwork functions and it was,

14  I think, about the 15th or so of February that

15  she came to me and said they fired her.

16      Q.   Okay.

17      A.   And she was -- she actually said to me

18  that she can't believe that they fired her in the

19  middle of someone trying to TDY her because this

20  was going to look horrible on paper.

21      Q.   Okay.

73

1     A.    I mean, let's face it, if you fire a
2  person when you determine we don't need them
3  anymore, there's no home here for you, go.  And
4  yet here's a person who's actively trying to
5  recruit the person and they fire her.
6     Q.    And that's your personal view of why
7  someone would be fired, correct?
8     A.    Yes.  That is my personal view.  I
9  mean, you don't fire people that are
10 high-quality, needed employees, typically.  So
11 that's how I come to that opinion.
12          MS. WEIS:  Okay.  That's all I have.
13          MR. JOHNSON:  I have a question or
14 two.
15                  EXAMINATION
16          BY MR. JOHNSON:
17    Q.    You have previously worked along with
18 Ms. Ellis prior to your transfer reassignment to
19 training unit, correct?
20    A.    Worked with -- we never worked any
21 cases together.  I had viewed her work.  I had