**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MERINDA EVANS

     Plaintiff,

vs.

                                  CIVIL No: 05-1063    (GK)

MICHAEL MUKASEY

     Defendant.

**CONSENT**
**MOTION TO CONTINUE PRE-TRIAL**

    **NOW COMES** Merinda Evans, Plaintiff, by undersigned counsel and moves this Court for an Order to continue Pre-Trial Conference currently scheduled for September 18th. In support of this motion, Plaintiff states herein as follows:

    1.     Plaintiff initiated this civil action on May 26, 2005;

    2.     Discovery concluded on July 30, 2008;

    3.     On August 4, 2008, Plaintiff filed her motion for leave to amend her complaint. (Dkt. No. 34).

    4.     At this time, the Court has not ruled on Plaintiff's motion for leave to amend; and, parties have not filed their dispositive motions.

    5.     Plaintiff asks this Court for a continuance of Pretrial until after this Court rules on her motion for leave to amend and parties file dispositive motions;

    6.     Defendant consents to this motion;

    7.     This motion is not for any dilatory purpose or to cause delay.

Plaintiff respectfully moves for the requested relief:


_____/s/_____
Nathaniel D. Johnson (MD#14729)
Richard L. Thompson (MD#15980)
201 Centennial Street, A-2
P.O. Box 1857
LaPlata, MD 20646
301 645-9103


Date: September 15, 2008

### Certificate of Service

I, Nathaniel D. Johnson, certify that I forwarded the foregoing motion and Order to the addressee via ECF:

Megan Weiss, AUSA
Attorney for Defendant


_____/s/_____
Nathaniel D. Johnson

2