IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MERINDA EVANS**

    **Plaintiff,**

vs.                                    CIVIL No: 05-1063    (GK)

**MICHAEL MUKASEY**

    **Defendant.**

**ORDER**

**WHEREFORE**, Plaintiff has moved for an Order to continue the Pretrial conference currently scheduled for September 18th, with consent, it is hereby ORDERED as follows:

Plaintiff's motion is hereby GRANTED, this____day of September 2008;

Plaintiff's motion is hereby DENIED, this_____day of September 2008.

**SO SHALL IT BE ORDERED.**

_____
**Honorable, Gladys Kessler,
U.S. District Judge**

1